UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,
          Plaintiff,

v.

IN-JOY ENTERPRISES, LLC; MARKO S.
NOBLES; and MELISSA MOORER-
NOBLES,
          Defendants.
------------------------------------------------------------x

**ORDER**

19 CV 10013 (VB)

      Plaintiff filed a complaint on October 29, 2019. (Doc. #1). The docket indicates defendants were served on December 5, 2019. (Docs. ##7, 8, 9). Thus, their deadline to answer, move, or otherwise respond to the complaint was December 26, 2019. See Fed. R. Civ. P. 12(a).

      To date, defendants have failed to answer, move, or otherwise respond to the complaint, and have not requested an extension of time in which to do so.

      Accordingly, the Court sua sponte extends to January 9, 2020, defendants' time to answer, move, or otherwise respond to the complaint. **If defendants fail to answer, move, or otherwise respond to the complaint by January 9, 2020, or to seek further time in which to do so, the Court will direct plaintiff to seek a default judgment against them.**

Dated: January 2, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge